April 17, 2023

Mr. Michael E. Gans,
Clerk of Court
Eighth Circuit Court of Appeals Clerk's Office
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, Missouri  63102

Re:  23-1615 United States of America v. Michael Marble

Dear Mr. Gans:

The transcripts in the above case are due April 20, 2023.  No payment arrangements have been made at this time.

Sincerely,


Elaine Hinson
U.S. District Courthouse
500 West Capitol Avenue, Room C-411l
Little Rock, Arkansas  72201

# CERTIFICATE OF COMPLIANCE AND CERTIFICATE OF SERVICE

I certify that the foregoing Letter of Transcript complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because the motion contains 79 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word, 14-point font.

Elaine Hinson
U.S. District Courthouse
500 West Capitol Avenue, Room C-411
Little Rock, Arkansas  72201

I hereby certify that on April 17, 2023, I electronically filed the foregoing Certificate with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.