# United States Court of Appeals for the Eighth Circuit

United States of America                                              Appellee

v.                           Case No. 23-1615

Michael Marble                                                        Appellant

## Final Motion for an Extension of Time to File the Appellant's Brief

1. Michael Marble ("Mr. Marble") is the Appellant in this case, and his opening brief is due on June 26, 2023. For the reasons more fully discussed, *infra*, the undersigned attorney requests that the Court extend the due date of the Appellant's opening brief to July 10, 2023. The undersigned attorney will not make another request to extend the due date of the Appellant's opening brief.

2. Terrence Cain ("Mr. Cain"), an attorney in Little Rock, Arkansas who is admitted to practice before this Court, has agreed to assist the undersigned in completing the Appellant's opening brief in this case.

3. Mr. Cain is currently assisting the undersigned with the Appellant's opening brief that is due on July 5, 2023 in the case of *United States v. Keshawn Boykins*, Case Number 23-1652, which is a case before this Court.

4. Mr. Cain also assisted the undersigned complete an *Anders* brief that was filed June 20, 2023, in the case of *United States v. Ramien Collins*, Case Number 22-3120, which is a case before this Court.

5. While Mr. Cain is working on the Appellant's opening brief in this case and the Appellant's opening brief in *United States v. Keshawn Boykins*, the undersigned, who is a solo practitioner, is attending to other cases for which he is solely responsible and that have looming deadlines.

6. The undersigned, with Mr. Cain's assistance, will complete and file the Appellant's opening brief in this case by July 10, 2023, and is respectfully asking the Court to extend the due date of that brief to July 10, 2023. The undersigned will not make another request to extend the due date of the Appellant's opening brief.

7. This motion is made in good faith and not for the purpose of delay.

Respectfully submitted,

Jimmy C. Morris, Jr.
Ark. Sup. Ct. Reg. No. 2007134
Morris Law Firm
221 West Second Street, Suite 630
Little Rock, Arkansas 72201-2587
Telephone: 501.319.7647

Email: j.c.morrisatty@gmail.com

Appellate Case: 23-1615     Page: 3     Date Filed: 06/23/2023 Entry ID: 5289238

**Certificate of Compliance with Type Volume Limitation, Typeface Requirements, and Type Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. 27(a)(2)(B) and Fed. R. App. P. 32(f), it contains 268 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft® Word 2019 MSO (10.0.10399.20000) 64-bit. The font size is 14. The font is Equity A.

3. This document complies with 8th Cir. R. 28A(h)(1) because it is submitted as a single document file. It complies with 8th Cir. R. 28A(h)(2) because it has been scanned for viruses, and it is virus free. It complies with 8th Cir. R. 28A(h)(3) because it is in Portable Document Format (also known as PDF or Acrobat Format) and was generated by printing to PDF from the original word processing file so the text of the electronic version may be searched and copied.

Appellate Case: 23-1615　　Page: 4　　Date Filed: 06/23/2023 Entry ID: 5289238

Jimmy C. Morris Jr.

Attorney for the Appellant, Michael Marble

Dated: June 23, 2023

## Certificate of Service

I hereby certify that on June 23, 2023, I electronically filed this Final Motion For An Extension Of Time To File The Appellant's Brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              Jimmy C. Morris, Jr.