# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1615

United States of America

Appellee

v.

Michael Marble

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cr-00317-JM-1)

---

## ORDER

Appellant's motion for an extension of time to file the brief is granted. Appellant may

have until July 10, 2023 to file the brief.

June 23, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans